UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-22−cr−00033 |
| | § | |
| v | § | |
| | § | |
| HEATHER ANN CAMPOS | § | |
| DAVID LEWIS BEST, JR. | § | |
| STEPHEN LAVERNE CRABTREE | § | |

## JOINT MOTION TO
## APPLY PROTECTIVE ORDER AND COMPLEX CASE DESIGNATION

COMES NOW the Defendants, **HEATHER ANN CAMPOS, DAVID LEWIS BEST, JR., and STEPHEN LAVERNE CRABTREE**, by and through undersigned counsel for Ms. Campos and files this Joint Motion to Apply Protective Order and Complex Case Designation to each of these defendants.

Counsel for Campos, Best, and Crabtree have each received and reviewed the government's Motion for Protective Order (doc. 60), the Court's Order Permitting Disclosure of Discoverable Material Pursuant to Protective Order (doc. 70), and the Court's Order Designating Case as Complex (doc. 73). Counsel states there is no objection to either Order and agree to both.

Undersigned counsel has conferred with Dan Richardson for defendant Best and Trent Gaither for defendant Crabtree and both join this motion. The government, through Ms. Suh, is unopposed.

Respectfully Submitted,

       /s/ JoAnne Musick
JoAnne Musick
Attorney for Defendant Heather Campos
State Bar No. 24000371
Federal Admission No. 36104
397 N Sam Houston Pkwy E, Suite 325

Houston, Texas 77060
Phone  832-448-1148
Fax     832-448-1147

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 25th day of July, 2022, I have consulted with Ms. Suh for the government, Mr. Richardson for Best, and Mr. Gaither for Crabtree. Ms. Suh is unopposed to this motion. Mr. Richardson and Mr. Gaither join this motion..

/s/ JoAnne Musick
JoAnne Musick

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2022, a true and correct copy of the above and foregoing Notice was forwarded to all counsel of record via ECF or by electronic mail from the Clerk of the Court.

/s/ JoAnne Musick
JoAnne Musick